IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PEARL YEAST,**

    **Plaintiff,**

v.                              No. 1:16-cv-00227-KK-WPL

**AMERICAN FAMILY LIFE ASSURANCE
COMPANY OF COLUMBUS, aka Aflac, a foreign corporation,**

    **Defendant.**

**NOTICE OF SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR INSURANCE BAD FAITH, BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, VIOLATIONS OF THE UNFAIR INSURANCE PRACTICES ACT, VIOLATIONS OF THE UNFAIR TRADE PRACTICES ACT, INJUNCTIVE RELIEF, BREACH OF CONTRACT, AND REQUEST FOR DECLARATORY RELIEF (DKT. 1)**

Defendant by and through their attorneys, Davis & Gilchrist, P.C. (Bryan J. Davis) hereby give notice that attorneys for Plaintiff have agreed to an extension of time until June 6, 2016, for Defendant to file a responses to Plaintiff's Complaint for Insurance Bad Faith, Breach of The Covenant of Good Faith and Fair Dealing, Violations of The Unfair Insurance Practices Act, Violations of The Unfair Trade Practices Act, Injunctive Relief, Breach of Contract, and Request for Declaratory Relief (Dkt. 1) pursuant to DNM-LR-Civ. Rule 7.4(a).

                                      Respectfully submitted,

                                      **DAVIS & GILCHRIST, P.C.**

By: /s/ Bryan J. Davis
                                      Bryan J. Davis
                                      1005 Marquette NW
                                      Albuquerque, NM 87102

Tel. (505) 435-9908  
Fax. (505) 435-9909  
bryan@dglnm.com

*Attorneys for Defendants*

The undersigned certifies that a copy of the foregoing was served on all counsel of record via the CM/ECF system on the date filed.

**By:** _____
   Bryan J. Davis