IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PEARL YEAST,

      Plaintiff,

v.

AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF
COLUMBUS, aka Aflac, a foreign
corporation,

      Defendant.

CIVIL ACTION NO.
1:16-cv-00227-KK-WPL

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Pearl Yeast, through her attorneys, McGinn, Carpenter, Montoya & Love, P.A., hereby dismisses this civil action with prejudice.

This 27th day of May, 2016.

Respectfully submitted,

/s/ Katie Curry
Randi McGinn
Katie Curry
201 Broadway SE
Albuquerque, NM 87102
p/ (505) 843-6161
f/ (505) 242-8227

*Attorneys for Plaintiff Pearl Yeast*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was served electronically via CM/ECF to all counsel of record on May 27, 2016.

*/s/ Katie Curry*
Katie Curry